# LaShawn Coleman

**To:** TXWDdb_InterDistrictTransfer_TXWD
**Subject:** Theodis Lamond Jefferson; Transmitting Rule 5(c)(3)
**Attachments:** Theodis Lamond Jefferson doc to WD of TX.pdf

USA v. Theodis Lamond Jefferson

Subject: Transmitting Rule 5(c)(3)

Attached is a copy of the certified docket sheet for 4:20-mj-00010-JTK-1 regarding W20-13M. Any other documents needed can be downloaded directly from Pacer.

Thank you,

/s/ LaShawn M. Coleman


*LaShawn M. Coleman*
*Courtroom Deputy to*
*U.S. Magistrate Judge Jerome T. Kearney*
*(501) 604-5174/(501) 604-5178  Fax*
*LaShawn_Coleman@ared.uscourts.gov*